UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY PRICE, )<br>        Petitioner, )<br>)<br>-v- )<br>)<br>MONICA RECKTENWALD, )<br>        Respondent. )<br>_____) | No. 1:13-cv-25<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having denied Price's petition filed under 28 U.S.C. § 2241, under Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Respondent and against Petitioner.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  January 10, 2013                        /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                   Chief United States District Judge